# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:12 po-117 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| DAMON CATNEY, III, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

Defendant appeared in Court on August 29, 2012 on the above violation (Expired Tags).

Upon the Government's unopposed Oral Motion to Dismiss, the above violation is hereby

DISMISSED.

August 29, 2012

                                                                           s/Sharon L. Ovington  
                                                                             Sharon L. Ovington  
                                                                    United States Magistrate Judge